UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Richard Smith, Sr.,

     Plaintiff,  Case No. 25-cv-13980

v.         Judith E. Levy
          United States District Judge
Regents of the University of
Michigan, *et al.*,    Mag. Judge Elizabeth A.
          Stafford
     Defendants.

_____/

## ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND COSTS

On December 9, 2025, Plaintiff Richard Smith, Sr. filed a *pro se* complaint in which she alleges violations of his due process and equal protection, and violations of the American with Disabilities Act. (ECF No. 1.) That same day, Plaintiff filed a motion to proceed in district court without prepaying fees or costs (also referred to as an application to proceed *in forma pauperis*) and a motion requesting service by the U.S. Marshals. (ECF No. 2, 3).

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). In determining *in forma pauperis* eligibility, courts examine whether the applicant is employed, the applicant's annual salary, and any other property or assets the applicant may possess. *See Hart v. City of Canton*, No. 24-13292, 2025 U.S. Dist. LEXIS 258802 (E.D. Mich. Dec. 15, 2025). Inadequate completion of an application to proceed *in forma pauperis* is grounds for denial of that application in the Eastern District of Michigan. *See Shaw v. Oakland Cnty. Friend of the Ct.*, No. 20-12492, 2020 WL 7024912, at *3 (E.D. Mich. Nov. 30, 2020).

Here, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Plaintiff states that he "is unable to pay the filing fee due to limited income and resources . . . income is insufficient to meet ordinary living expenses, and payment of court fees would impose undue hardship." (*Id.*) While Plaintiff concludes that he is unable to pay the court fees, he does not offer information regarding his employment, other sources income, or assets. (*Id.*) Therefore, without

2

information about Plaintiff's financial situation, the Court cannot determine whether he is unable to pay the applicable filing fee.

To file a complete application to proceed *in forma pauperis* under 28 U.S.C. § 1915, the Eastern District of Michigan's website offers a form that asks for information regarding the litigant's financial situation, including his income, assets, expenses, and financial obligations. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, MIED 240 (01/2025) APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (SHORT FORM) (2025).

Accordingly, if Plaintiff wishes to proceed *in forma pauperis*, he must submit a complete Application to Proceed in District Court Without Prepaying Fees or Costs by **January 15, 2026**. In his submission, Plaintiff must answer each of the questions that appear in the application. **If Plaintiff fails to comply with this order, the case may be dismissed for failure to prosecute pursuant to Eastern District of Michigan Local Rule 41.2.**

IT IS SO ORDERED.

Dated: December 17, 2025        s/Judith E. Levy
    Ann Arbor, Michigan        JUDITH E. LEVY
                                          United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 17, 2025.

                                               s/William Barkholz
                                               WILLIAM BARKHOLZ
                                               Case Manager